# EXHIBIT "C"
# (LIQUIDATION ANALYSIS)

# EXHIBIT "C"

# ESTIMATED LIQUIDATION ANALYSIS

| | |
|---|---|
| Cash | $125,000 |
| Security Deposits | 0 |
| Accounts Receivable | 0 |
| Inventory | 0 |
| Furniture & Equipment | 0 |
| Proceeds From Preference/Avoidance Actions | 0 |
| **Estimated Funds Available For Distribution** | **$125,000** |
| | |
| Estimated Administrative Claims | $6,000 |
| Chapter 7 Trustee and Professionals | $17,500 |
| Chapter 11 Professionals | $75,000 |
| Chapter 11 Operating Expenses | 0 |
| | |
| **Total Estimated Administrative Claims** | **$92,500** |
| | |
| **Net** | **$32,500** |
| | |
| Secured Claims | 0 |
| Priority Claims | 0 |
| Priority Taxes | 0 |
| | |
| **Total Secured & Priority Claims** | **0** |
| | |
| **Estimated Funds Available For Unsecured Claimants** | **$32,500** |
| | |
| Unsecured Claims | $2,276,515 |
| Landlords Rejection Claim | $10,233 |
| | |
| **Total Unsecured Claims** | **$2,286,748** |
| | |
| **Estimated Disbursement To Unsecured Claimants On Chapter 7 Liquidation** | **$32,500 (approx. 1.4%)** |